# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **PAMELA DAWN THORNE, et al.,** | |
| | Civil No. 06-3123 |
| | (PAM/JJG) |
| **Plaintiffs,** | |
| v. | |
| | ORDER |
| **WYETH, et al.,** | |
| | |
| **Defendants.** | |

This matter having come before the Court on the *Joint Motion to Dismiss Defendants Watson Pharmaceuticals, Inc.; Warner Chilcott, and Ortho-McNeil Pharmaceutical, Inc. As to All Plaintiffs*, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, each Plaintiff having agreed to dismiss Defendants Watson Pharmaceutical, Inc; Warner Chilcott, and Ortho-McNeil Pharmaceutical, Inc. without prejudice, IT IS HEREBY ORDERED AND ADJUDGED THAT:

The Joint Motion is GRANTED as to each Plaintiff and each Plaintiff's claims against Defendants Watson Pharmaceuticals, Inc.; Warner Chilcott, and Ortho-McNeil Pharmaceutical, Inc. are DISMISSED pursuant to the terms set forth in the Joint Motion.

Date: January __12__, 2007

s/Paul A. Magnuson
Paul A. Magnuson, Judge
United States District Court
District of Minnesota