IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| PAMELA DAWN THORNE, et al. | : | Civil Action No. 06-3123 |
| | : | (PAM/JJG) |
| Plaintiffs, | : | |
| v. | : | |
| WYETH PHARMACEUTICALS, INC., et al., | : | |
| Defendants | : | |

**ORDER**

This matter having come before the Court on the *Joint Motion to Dismiss Defendant Novartis Pharmaceuticals Corporation As to All Plaintiffs,* pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, each Plaintiff having agreed to dismiss Defendant Novartis Pharmaceuticals Corporation without prejudice, IT IS HEREBY ORDERED AND ADJUDGED THAT:

The Joint Motion is GRANTED as to each Plaintiff and each Plaintiff's claims against Defendant Novartis Pharmaceuticals Corporation are DISMISSED pursuant to the terms set forth in the Joint Motion.

Date:  February   3   , 2007            s/Paul A. Magnuson
                                        Judge Paul A. Magnuson
                                        United States District Court
                                        District of Minnesota