UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pamela Dawn Thorne, et al.,

        Plaintiffs,

v.

Wyeth d/b/a Wyeth, Inc., et al.,

        Defendants.

Civil No. 06-3123 (ADM/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation are **ADOPTED**; and

2. Plaintiff Shirley Runyon's claims are DISMISSED WITHOUT PREJUDICE.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 6, 2014        s/Ann D. Montgomery

ANN D. MONTGOMERY
United States District Judge